**STATE of Missouri, Respondent,**

v.

**Emma WOODS, Appellant.**

**No. 62958.**

Missouri Court of Appeals,
Eastern District,
Division Four.

May 17, 1994.

Erik Keith Vickers, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

## ORDER

PER CURIAM.

Appellant appeals from the judgment entered after a jury trial finding her guilty of felony stealing, Section 570.030 RSMo 1986, receiving stolen property, Section 570.080 RSMo 1986, and bribery of a public servant, Section 576.010 RSMo 1986 and the sentences to concurrent terms of five, six and three years respectively.

An opinion reciting detailed facts and restating principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only. This memorandum sets forth the facts and reasons for this order.

The judgment is affirmed according to Rule 30.25(b).